**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: USA v. Joram Nunez Joaquin    Case Number: 25CR558

An appearance is hereby filed by the undersigned as attorney for:
Joram Nunez Joaquin

Attorney name (type or print): Jonathan M. Brayman

Firm: Breen & Pugh

Street address: 53 West Jackson Blvd., Suite 1550

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 6302461            Telephone Number: (312) 360-1001
(See item 3 in instructions)

Email Address: jbrayman@breenpughlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☒ Retained Counsel
                                                  ☐ Appointed Counsel
                                                    If appointed counsel, are you a
                                                    ☐ Federal Defender
                                                    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 10, 2025

Attorney signature: S/ Jonathan M. Brayman
                    (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023